MENDOZA v. STATE.  (No. 3383.)

(Court of Criminal Appeals of Texas.  Jan. 13, 1915.)

CRIMINAL LAW (§ 1184*)—APPEAL — CORRECTION OF SENTENCE.

Where the judgment and sentence both failed to place the punishment within the indeterminate sentence law, they will be reformed on appeal, so as to conform to that law.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 3199, 3200; Dec. Dig. § 1184.*]

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Bernardino Mendoza was convicted of a crime, and he appeals.  Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J.  This record is in the same condition as that in the recent case of Leonardo L. Vasquez v. State, 172 S. W. 225, except in this record there are no bills of exception.  The case is before us without a statement of facts.  The questions presented in the different motions in the record were disposed of adversely to appellant in the Vasquez Case, supra.  The judgment and sentence both failed to place the punishment within the indeterminate sentence law.

The judgment and sentence will be reformed, so as to conform to the indeterminate sentence law, and the judgment affirmed.